# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Tiffani A. Felder | Bankruptcy Case No. 17-30866 |
| Debtor | |
| _____/ | Adversary No. 18-00028 |
| AmeriCash Loans, L.L.C. dba AmeriCashLoans.net | |
| Plaintiff, | |
| v. | |
| Tiffani A. Felder | |
| Defendant. | |
| _____/ | |

## SUMMONS SERVICE EXECUTED

I certify than I am over the age of 18 and not a party to this action, and that on January 16, 2018, I sent by first class mail, postage prepaid, a true and correct copy of the Summons in an Adversary Proceeding (issued), Complaint Objecting to Dischargeability of Indebtedness and Corporate Ownership Statement to the parties/attorneys listed below:

Tiffani A. Felder
12405 S. Ada Street
Calumet Park, IL 60827

David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 16, 2018

**/s/ Brandon S. Lefkowitz_____**
Brandon S. Lefkowitz